*Grace* and *David M. Picton, Jr.* for petitioner. *Major T. Bell* for the Superior Oil Co., respondent.

No. 1443. BORG-WARNER CORP. ET AL. *v.* GOODWIN ET AL. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Max W. Zabel, Edward C. Gritzbaugh* and *Benton Baker* for petitioners. *Raymond L. Greist* for respondents.

No. 1462. CONSUMERS HOME EQUIPMENT CO. ET AL. *v.* UNITED STATES. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Louis M. Hopping* and *William L. Fitzgerald* for petitioners.

No. 1470. WILSON *v.* UNITED STATES. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Harry K. Cuthbertson* and *Walter J. Bixler* for petitioner.

No. 1058. SMITH *v.* COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE BLACK is of the opinion that the petition should be granted. *Owen W. Crumpacker* and *Jay E. Darlington* for petitioner. *L. L. Bomberger* and *John W. Morthland* for respondent.